McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-112-JAM |
| Plaintiff, | [PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT |
| v. | |
| JOSHUA CABANILLAS, et al. | |
| Defendants. | |

The government's motion to unseal the above-referenced case, keep the indictment and any reference to the second defendant sealed, and file a redacted copy of the sealed indictment is GRANTED.

DATED: July 16, 2020

*Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] ORDER TO FILE REDACTED COPY OF INDICTMENT