McGREGOR W. SCOTT
United States Attorney
VINCENZA RABENN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**REDACTED**

FILED
Jul 9, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

JOSHUA CABANILLAS and

    Defendants.

CASE NO.   2:20-cr-0112 JAM

21 U.S.C. § 841(a)(1) – Distribution of Fentanyl (3 counts); 21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl; 21 U.S.C. § 853(a) – Criminal Forfeiture

I N D I C T M E N T

COUNT ONE:  [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]

    The Grand Jury charges: T H A T

    JOSHUA CABANILLAS,

defendant herein, on or about February 26, 2020, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectible amount of fentanyl, a Schedule II controlled substance, and, on or about February 27, 2020 in Woodland, California, the death of M.T. resulted from the use of that controlled substance, all in violation of Title 21, United States Code, Section 841(a)(1).

///

///

INDICTMENT                                          1

1  COUNT TWO: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Fentanyl]

The Grand Jury further charges: T H A T

JOSHUA CABANILLAS and

defendants herein, beginning no later than on or about May 8, 2020, and continuing to on or about May 18, 2020, in the County of Yolo, State and Eastern District of California, and elsewhere, did conspire and agree with each other and with persons known and unknown to the Grand Jury to knowingly and intentionally distribute and possess with intent to distribute a mixture and substance containing a detectible amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]

The Grand Jury further charges: T H A T

JOSHUA CABANILLAS and

defendants herein, on or about May 8, 2020, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectible amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Fentanyl]

The Grand Jury further charges: T H A T

JOSHUA CABANILLAS and

defendants herein, on or about May 18, 2020, in the County of Yolo, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectible amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a) – Criminal Forfeiture]

1. Upon conviction of one or more of the offenses alleged in Counts One through Four, defendants JOSHUA CABANILLAS and                    , shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a. All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), (b)(1)(C), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b. A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Four of this Indictment, for which defendants are convicted:

    a. cannot be located upon the exercise of due diligence;
    b. has been transferred or sold to, or deposited with, a third party;
    c. has been placed beyond the jurisdiction of the Court;
    d. has been substantially diminished in value; or
    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

*[signature]*

McGREGOR W. SCOTT
United States Attorney

INDICTMENT      3

No. _____

# UNITED STATES DISTRICT COURT

Eastern District of California

Criminal Division

THE UNITED STATES OF AMERICA
vs.

JOSHUA CABANILLAS and

INDICTMENT

VIOLATION(S): 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl (3 counts);
21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl;
21 U.S.C. § 853(a) – Criminal Forfeiture

A true bill,

/s/ Signature on file w/AUSA

_____
Foreman.

Filed in open court this \_\_ 9th _____ day

of \_\_\_\_\_ July _____, A.D. 20 \_20\_\_\_\_

_____
/s/Judy Streeter  *Clerk*

**No. Bail Warrant Pending Hearing**

/s/ Carolyn K. Delaney

GPO 863 525

United States v. Joshua Cabanillas et al
Penalties for Indictment

**Defendants**
JOSHUA CABANILLAS

**COUNT 1:** JOSHUA CABANILLAS

VIOLATION: 21 U.S.C. § 841(a)(1), (b)(1)(C) – Distribution of Fentanyl Resulting in Death

PENALTIES: Mandatory minimum of 20 years in prison and a maximum of up to life in prison; or
Fine of up to $10,000,000; or both fine and imprisonment
Supervised release of at least 5 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 2:** ALL DEFENDANTS

VIOLATION: 21 U.S.C. §§ 846, 841(a)(1) - Conspiracy to Distribute and to Possess with Intent to Distribute More a Mixture or Substance Containing Fentanyl

PENALTIES: A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

**COUNT 3:** ALL DEFENDANTS

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Fentanyl

PENALTIES: A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNT 4:** ALL DEFENDANTS

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of a Mixture or Substance Containing Fentanyl

PENALTIES:  A maximum of up to 20 years in prison; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years up to life

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**   **ALL DEFENDANTS**

VIOLATION:  21 U.S.C. § 853(a) - Criminal Forfeiture

PENALTIES:  As stated in the charging document