| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>July 23, 2020<br>CLERK, US DSITRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA CABANILLAS,<br><br>　　　　　Defendant. | Case No.  2:20CR00112-JAM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSHUA CABANILLAS ,

Case No.  2:20CR00112-JAM  Charge 21USC § 846, 841(a)(1) , from custody for

the following reasons:

　　　　_____   Release on Personal Recognizance

　　　　_____   Bail Posted in the Sum of $ _____

　　　　  X     Unsecured Appearance Bond $   25,000

　　　　_____   Appearance Bond with 10% Deposit

　　　　_____   Appearance Bond with Surety

　　　　_____   Corporate Surety Bail Bond

　　　　  X     (Other): Pretrial conditions as stated on the record.

**The defendant shall be released July 27, 2020 at 9:00 a.m.**

Issued at Sacramento, California on July 23, 2020 at 2:00 pm

　　　　　　　　　　　　By:   _/s/ Allison Claire_
　　　　　　　　　　　　　　　Magistrate Judge Allison Claire