1   HEATHER E. WILLIAMS, SBN #122664
Federal Defender
2   JEROME PRICE, SBN #282400
Assistant Federal Defender
3   Designated Counsel for Service
801 I Street, 3rd Floor
4   Sacramento, CA 95814
Telephone: (916) 498-5700
5   Fax: (916) 498-5710

6   Attorneys for Defendant
JOSHUA CABANILLAS

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )   Case No. 2:20-cr-00112-JAM
                                      )
12          Plaintiff,                )   **STIPULATION AND ORDER TO
                                      )   CONTINUE STATUS CONFERENCE**
13   vs.                              )
                                      )
14   JOSHUA CABANILLAS, et al,        )   Date: September 29, 2020
                                      )   Time: 9:30 a.m.
15          Defendant.                )   Judge: Hon. John A. Mendez
                                      )
16   ─────────────────────────────    )

17          IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

18   Attorney, through Vincenza Rabenn, Assistant United States Attorney, counsel for Plaintiff

19   (hereinafter "the government"); Attorney Eduardo Garnica, counsel for Defendant Severo

20   Reyna; Attorney Jennifer Mouzis, Counsel for Defendant Gregory Tabarez; Attorney David

21   Fischer, Counsel for Defendant Joseph Elijah Cuaron; and Heather Williams, Federal Defender,

22   through Assistant Federal Defender Jerome Price, counsel for Defendant Joshua Cabanillas

23   (hereinafter "defense counsel"), **that the status conference scheduled for September 29, 2020**

24   **may be vacated and continued to November 3, 2020 at 9:30 a.m.**

25          The above-named parties specifically stipulate as follows:

26          1.      By previous order, this matter was set for a status on September 29, 2020.

27          2.      By stipulation, defense counsel move to continue the status conference to

28

Stipulation and [Proposed] Order to Continue        -1-          *United States v. Cabanillas, et al.,*
Status Conference                                                2:20-cr-00112-JAM

1          November 3, 2020 at 9:30 a.m.

2       3.   Defense counsel represents that they require additional time to conduct further

3            legal research; meet with their respective clients to discuss potential resolutions;

4            and otherwise prepare for trial.

5       4.   Defense counsel believes that failure to grant the requested continuance would

6            deny them the reasonable time necessary for effective preparation, taking into

7            account the exercise of due diligence.

8       5.   The government does not object to the continuance.

9       6.   Therefore, the parties stipulate that that the ends of justice served by granting the

10           continuance outweighs the best interest of the public and the defendants in a

11           speedy trial, and request the Court so to find.

12      7.   For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial

13           Act), the parties request that the time period between September 29, 2020 and

14           November 3, 2020 (inclusive) be deemed excludable pursuant to 18 U.S.C. §

15           3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance

16           granted by the Court at defense counsel's request, based on a finding that the ends

17           of justice served by granting the continuance outweighs the best interest of the

18           public and the defendants in a speedy trial.

19
                                      Respectfully submitted,
20
                                      HEATHER E. WILLIAMS
21                                    Federal Defender

22   Date: September 24, 2020         /s/  Jerome Price
                                      JEROME PRICE
23                                    Assistant Federal Defender
                                      Attorneys for Defendant
24                                    JOSHUA CABANILLAS

25   Date: September 24, 2020         /s/  Eduardo Garnica
                                      EDUARDO GARNICA
26                                    Attorney for Defendant
                                      SEVERO REYNA
27
                        (Signatures continued on next page)
28

Stipulation and [Proposed] Order to Continue        -2-          *United States v. Cabanillas, et al.,*
Status Conference                                                2:20-cr-00112-JAM

1

Date: September 24, 2020                    /s/  Jennifer Mouzis_____
                                           JENNIFER MOUZIS

2                                          Attorney for Defendant
                                           GREGORY TABAREZ

3

Date: September 24, 2020                    /s/  David Fischer_____

4                                          DAVID FISCHER
                                           Attorney for Defendant

5                                          JOSEPH ELIJAH CUARON

6

Date: September 24, 2020                    McGREGOR W. SCOTT
                                           United States Attorney

7

8                                          /s/ Vincenza Rabenn_____
                                           VINCENZA RABENN

9                                          Assistant United States Attorney
                                           Attorneys for Plaintiff

10

11                          **O R D E R**

12          The Court, having received and considered the parties' stipulation, and good cause

13  appearing therefrom, adopts the parties' stipulation in its entirety as its order.  Status Conference

14  for all defendants is set for September 29, 2020 is continued to November 3, 2020, at 9:30 a.m.

15  before Honorable John A. Mendez.

16

17  IT IS SO ORDERED.

18

Dated: September 25, 2019                   /s/ John A. Mendez_____ ____

19                                          HON. JOHN A. MENDEZ
                                           United States District Court Judge

20

21

22

23

24

25

26

27

28