**JENNIFER MOUZIS**
**Law Office of Jennifer Mouzis**
State Bar No. 200280
4825 J Street, Suite 222
Sacramento, California 95819
Telephone: (916) 822-8702
Facsimile: (916) 822-8712

Attorney for Defendant
GREGORY TABAREZ

### IN THE UNITED STATES DISTRICT COURT

### FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | 2:20-cr-00112-JAM |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **TO CONTINUE STATUS** |
| **v.** ) | **CONFERENCE, AND TO** |
| ) | **EXCLUDE TIME** |
| ) | |
| **JOSHUA CABANILLAS, et al,** ) | |
| ) | |
| Defendants. ) | |
| ————————————————— ) | |

### STIPULATION

Plaintiff, United States of America, by and through its counsel, Assistant United States Attorney Vincenza Rabenn; Defendant Gregory Tabarez, by and through his counsel, Jennifer Mouzis; Defendant Severo Reyna, by and through his counsel, Eduardo Garnica; Defendant Joseph Cuaron, by and through his counsel, David Fischer; and Joshua Cabanillas, by and through his counsel, Jerome Price (hereinafter "defense") **agree and stipulate to vacate the date set for status conference, November 3, 2020 at 9:30 a.m., in the above-captioned matter, and to continue the status conference to January 12, 2021 at 9:30 a.m. in the courtroom of the Honorable John A. Mendez**.

By previous order, this case was set for status conference on November 3, 2020 (ECF

37).  Defense counsel requests a continuance in order to further prepare, confer with their respective clients, review the discovery, and otherwise prepare for trial or resolution of this case. The Government does not object to this continuance.

Based upon the foregoing, the parties stipulate that that the ends of justice served by granting the continuance outweighs the best interest of the public and the defendants in a speedy trial.  The parties also agree and stipulate that time under the Speedy Trial Act should be excluded as of November 3, 2020, through and including January 12, 2021; pursuant to 18 U.S. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and General Order 479 [Local Code T4].

Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

IT IS SO STIPULATED.

Dated: October 30, 2020                McGREGOR W. SCOTT
                                       United States Attorney

                              By:      /s/ Vincenza Rabenn
                                       VINCENZA RABENN
                                       Assistant United States Attorney

Dated: October 30, 2020                /s/ Jennifer Mouzis
                                       JENNIFER MOUZIS
                                       Attorney for Defendant
                                       GREGORY TABAREZ

Dated: October 30, 2020                /s/ Eduardo Garnica
                                       EDUARDO GARNICA
                                       Attorney for Defendant
                                       SERVERO REYNA

Dated: October 30, 2020                /s/ David Fischer
                                       DAVID FISCHER
                                       Attorney for Defendant
                                       JOSEPH CUARON

Dated: October 30, 2020                /s/ Jerome Price
                                       JEROME PRICE
                                       Attorney for Defendant
                                       JOSHUA CABANILLAS

**ORDER**

IT IS HEREBY ORDERED, the Court having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, considering the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interest of the public and defendants in a speedy trial.

The Court orders from the time of the parties' stipulation, November 3, 2020, up to and including January 12, 2021, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C.§ 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 [Local Code T4]. **It is further ordered** the November 3, 2020 status conference shall be continued until January 12, 2021, at 9:30 a.m.

DATED:  October 30, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE