1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  TIMOTHY ZINDEL, #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Tel: 916-498-5700/Fax 916-498-5710
   timothy.zindel@fd.org
5

6  Attorney for Defendant
   JOSHUA CABANILLAS
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,    ) Case No. 2:20-CR-0112 JAM
                                 )
13           Plaintiff,          )
                                 ) **STIPULATION AND ORDER**
14       v.                      ) **RE RETURN OF PASSPORT**
                                 )
15  JOSHUA CABANILLAS et al,     )
                                 )
16           Defendants.         ) Judge:  Hon. Jeremy D. Peterson
                                 )
17  _____)

18

19

20

21       It is hereby stipulated and agreed between plaintiff,

22  United States of America, and counsel for defendant, Joshua

23  Cabanillas, that the Clerk of the Court may return Mr.

24  Cabanillas's passport to defense counsel so that he can return

25  it to Mr. Cabanillas's father, Jesus.

26       The government has verified that defendant Joshua

27  Cabanillas died on November 25, 2020.  He had surrendered his

28  expired U.S. passport to Pretrial Services as a condition of

                                 -1-

release. His father has asked that it be returned to him. The government agrees that it may be returned.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Dated: January 6, 2020     /s/ T. Zindel
                           TIMOTHY ZINDEL
                           Assistant Federal Defender
                           Attorney for JOSHUA CABANILLAS


                           McGREGOR W. SCOTT
                           Acting United States Attorney

Dated: January 6, 2020     /s/ T. Zindel for V. Rabenn
                           VINCENZA RABENN
                           Assistant United States Attorney

**O R D E R**

The Clerk shall return Joshua Cabanillas's passport to defense counsel so that he may return it to Jesus Cabanillas.

IT IS SO ORDERED.

Dated: January 6, 2021     _____
                           JEREMY D. PETERSON
                           UNITED STATES MAGISTRATE JUDGE

-2-