1  McGREGOR W. SCOTT
   United States Attorney
2  VINCENZA RABENN
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 2:20-CR-00112-JAM |
   | Plaintiff, | NOTICE OF DISMISSAL |
   | v. | |
   | JOSHUA CABANILLAS, | |
   | Defendants. | |

16     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Eastern District of California, by and through Assistant U.S. Attorney VINCENZA RABENN, hereby dismisses the above-captioned Indictment as to defendant JOSHUA CABANILLAS only. The reason for the dismissal is that CABANILLAS is now deceased.

   Dated: January 11, 2021                McGREGOR W. SCOTT
                                          United States Attorney

                                     By:  /s/ VINCENZA RABENN
                                          VINCENZA RABENN
                                          Assistant United States Attorney

NOTICE OF DISMISSAL                      1

**ORDER**

Pursuant to Federal Rule of Criminal Procedure 48(a), leave of the Court is granted for the foregoing dismissal as to defendant JOSHUA CABANILLAS only.

Dated:  January 11, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENEZ
UNITED STATES DISTRICT COURT JUDGE